## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gregorio Mendoza-Ayala, Ruth Ivonne                Civil No. 19-2522 (DWF/TNL)
Mendoza, and I.R.M.,

                        Plaintiffs,

                                                                    **ORDER FOR DISMISSAL**
v.                                                                      **WITH PREJUDICE**

Mike Pompeo, Secretary of State, et al.,

                        Defendants.


Pursuant to the Stipulation to Dismiss with Prejudice filed on November 25, 2020

(Doc. No. [24],

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH**

**PREJUDICE**, with each party to bear its own attorneys' fees, costs, and disbursements

in this action and in the administrative proceedings underlying this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   November 25, 2020              s/Donovan W. Frank
                                                        DONOVAN W. FRANK
                                                        United States District Judge